# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

CLERK US DISTRICT COURT
N DIST. OF TX
FILED

2023 MAY 11  PM 1: 18

DEPUTY CLERK _____

3 - 23 C V 1 0 8 2 - N

HAILU K ROBELLE
_____
Plaintiff

v.

Civil Action No. _____

SAMS CLUB
_____
Defendant

### COMPLAINT

SAMS CLUB DISCRMINATED AGAINST MY NATIONAL ORIGIN AND AGE. THE DEFENDANT (SAMS
CLUB) RETALIATED AFTER THE PROBLEM WAS REPORTED BY REDUCING MY WAGES.
THIS UNLAWFUL PRACTICE HAS CONTRIBUTED TO MY PSYCHOLOGICAL AND EMOTIONAL
DISTRESS.
PLEASE, SEE THE ATCHED DOCUMENTS FOR MORE UNDERSTANDABLE STATEMENT.

\* Attach additional pages as needed.

| | |
|---|---|
| Date | 04/25/2023 |
| Signature | HAILUROBELLE |
| Print Name | HAILU K ROBELLE |
| Address | 7720 MCCALLUM BLVD APT 3064 |
| City, State, Zip | DALLAS, TEXAS 75252 |
| Telephone | 469 748 7775 |

EMPLOYEE

Hailu K Robelle

7720 McCallum Blvd AP 3064

Dallas, TX 75252

469 748 7775

hailurobelle@yahoo.com


EMPLOYER

PLANO SAMS CLUB

STORE NUMBER 8299

301 Coit RD

Plano, TX 75075

972 612 8041


First day I and Rahim met at tire and battery, he said "no one is going to train you here you have to pick on your own". He was very unfriendly and rude. In the afternoon, he asked me how old I am, and where I am from, why did I pick this department?

From time to time he continued saying that "no one should train you here you should pick on your own". I was really confused because I observed that they train Alex and Trey, and I said to myself that why do they have different policy for me?

Rahim continued asking me the same questions now and then, every day such as how old I am, what I was doing during my young age, how

many children do I have, why did I picked this department, why do not you transfer to different department, or why do not go back to your country, you have bad accent etc. He continued making comment on my age and my national origin to other associate and making fun of me as well.

Everyone in the department listens to Rahim and manipulated by him because Rahim is a senior than anybody in the department, and sometimes acts as a team leader even the so-called team leader Johnathan listens to him and make fun of me with him. Trey who is a close friend of Rahim and 22 years old, makes additional comments with Rahim about my age and my national origin.

Things getting worse from day to day, he now started video taping me and sharing with his friends outside of the company. I told him not to record me because these days anyone can see me on social media. He refused and did not care about it he makes fun by recording me on his cell phone video at least more than two times every week and laughing with his friends on his cellphone outside the company.

 He continued harassing me now and then saying that I am in wrong department because everyone here are in their 20s not 50s or 60s and he suggested that I should transfer to different department or go back to my country. He kept commenting about my age, harassing, and bullying. It is true that I am the only person in the department who is 58 years old and the second oldest person is Chris who is 29 years old the rest are 22,23,24, and may be 25.

When I am so frustrated and emotionally and psychologically distressed, I brought the issue to the manager's attention. I discussed with him on several occasions verbally. I told him that how I am abused and harassed because of my age and my national origin. The manager whose name is Vagier, said that he is going to see through it. I also told

him that no one wants to train me in the department, but they train Alex and Trey. Vagier suggested that I should see on YouTube how to change tires.

Another day, I met Vagier on the floor while I was heading to lunch break, and he asked me whether the situation was improved there? I told him that it is worse more than any time. He promised to investigate it but did not do anything.

After I observed that Vagier did not care about it, I continued reporting to him in writing(texting). On Wednesday January 13, 2021, I texted him that how I was abused there, and they refused to train me and I asked him if he can separate my shift from Rahim. **_INCLUDED HERE AS EXHIBT 1_** However, he did not respond to my text as usual. Again, I saw him on the floor next day and he promised that he is going to separate us from being working the same schedule but there is no way one can separate two employees working five days a week. And he also promised to assign me with Johnathan (the lead) to train me for one week as my trainer, but the problem remained unsolved because Rahim came back   after his two days off and we continued working with him and he continued abusing me.

Just as Vagier has suggested I started watching YouTube how to install tires and batteries, and I was able to do everything after watching the YouTube. Now, Rahim has changed the way of his abuse after he noticed that I was able to do everything on my own, he started saying that I am not doing it in right way, I am in wrong department, and they will fire me very soon etc. He followed me everywhere and overlooking me when I install tire, even when I put air in tires the simplest task one can do without training, when I was talking to customers by jumping over me etc.

Now things went beyond my control, and I wrote Vagier again reporting that I am unable to perform my job due to my age and my national origin discrimination because Rahim could not refrain himself from making an inappropriate comment, and the department is getting so hostile environment. On Thursday January 28, 2021, I asked Vagier if he can transfer me to different department because I cannot continue abused here due to my age and my national origin any longer. ***INCLUDED HERE AS EXIBT 2.***

Moreover, Rahim and Johnathan send me to different task where it is high risk for COVID-19, such as disinfecting gas station pumps, collecting Carts from outside parking lot areas where the highest number of customers involve.

On one day, when I was coming from outside after I collected carts, I noticed that they were in meeting, and I asked Jonathan if they were in meeting, and he said yes, and I asked him if he can brief me on what they have discussed because I do not want to miss important information, he said "yes but can you go and clean the restroom"? I said yes and I went to restroom and cleaned it. when I came back, he refused to brief me. As the matter of fact, I am the only one who clean the rest room none of them cleaned that restroom.

Another day the manager from the floor, gave a gas station's Key to Rahim to open the pump and give customer's card because the customer claimed that the pump could not release his card. Rahim came all the way to the department and gave me that key to go to the gas station and open the pump which I did while the gas station was closer to him rather than Tire and Battery department.

However, none of them go to gas station and disinfect, none of them collect carts from outside, none of them clean the restroom except me.

On February 1st, 2021, Rahim pumped a big green airbag to big size, and drew my image on it, and wrote "TIRE AND BATTERY LEAD" and Put my name on it saying "Hailu do some work now" ***INCLUDED HERE AS EXIBIT 3.*** He was demonstrating it to everyone there. The so-called lead Johnathan was watching him and laughing at me including Trey and other associates.

I now decided to report him to the manager who was on the floor, then the manager came to Tire and Battery and noticed that something was going wrong there, and he called all managers on duty using his radio and saying that "come to Tire and Battery there is something important" all managers came including Justine who is the big boss. Both, the big bosses Justine and April asked me what is going on there? I told them everything I wrote in this statement. Justine told me to step outside while he was discussing with April. After they finished their short meeting, both Justine and April said they do not tolerate this kind of behavior. Finally, April took a picture of metal that Rahim said that he will stick in my ass and she took that big airbag with her to her office, and she asked me to follow her to her office as well.

In her office, April asked me to write what happened on that day, and what was going on in the department entirely. I wrote two pages of the statement. ***ON FILE IN HER OFFICE***.

Before I followed April to her office, Justine asked me what time I will come to work tomorrow? And I told him that 10 AM. He said he will meet me here tomorrow at 10 AM and take care of the situation but next day at 10 AM, he did not show up.

But Rahim was not there that day I am not sure whether they suspended him, or he called off because he was on schedule that day.

But, next day on February 3rd, 2021 Rahim came back to his work.

On February 18, 2021, the big boss Justine called me for meeting, and he asked me to go over entirely what is going on and what was happening to me in that department. I explained to him what happened on February 1$^{ST,}$ 2021. And also, I told him everything I wrote in this statemen, and I wrote 2 pages statement what happened on February 1st and the entire situations. I wrote it in two pages just as I did for April. ***INCLUDED HERE AS*** *EXHIBT* ***4 AND 5***

Justine promised that he will make sure that those guys will not bother me anymore and also he promised that he is going to transfer me to different department.

Once we agreed on transferring to different department, I contacted (text) Vagier who is my immediate manager telling him that we have agreed with Justine who is the big boss and that you will assign me to different department. Vagier did not respond as usual, however I texted him again, and he respond this time by saying he will try to find me different department, but he said he was off today. Next day, I reminded him if he found department for me, and I asked him that if he transfer me, whether he reduces or diminishes my hourly rate, he responded that we must meet in person because he cannot discuss that in texting. I said, "okay tomorrow then".

Next day, on February 20, 2021, we meet at store, with Vagier and another store supervisor. And they took me to the corner where Health and Beauty Supply section, and Vagier said he is going to transfer me, but he will reduce my hourly pay. I said why? He replied he must. I said I do not agree with that because it is not my fault. Of course, I asked transfer because I have experienced discrimination in Tire and Battery which was so hostile workplace for me. He said he cannot do anything, and I asked him how much he is going to cut, he said he is going to put job opening but I must work with the supervisor who was there with

him until he posts the new job post, and he said it is around $11, or $12 but my previous hourly pay was $16/hr.

After that, he excused and took the other supervisor to the corner and they discussed about 5 minutes, then the other supervisor came back and took me straight to where the trash processing machine is, he showed me how that trash machines works, how to dump the trash in the machine, how to close it, how to open it and how to bundle the trash by squashing them, etc.

Overall, I was suffered emotionally and psychologically due to my age and my national origin. Rahim and other associate who are all of them in early 20s harassed, abused, and bullying me by making an inappropriate comment on my age, my accent, and my national origin and overlooking me for anything I do.

Additionally, the employer retaliated by demoting, and reducing my pay by assigning to lowest level of the job as a trash man just because I claimed that I have experienced age and national origin discrimination by co-workers, and the lead.

Sam's club went too far even by disconnecting my membership card which I use it for shopping and buying gas from their gas station.

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

HAILU K ROBELLE

**(b)** County of Residence of First Listed Plaintiff   **DALLAS**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

## DEFENDANTS

SAMS CLUB   3 - 2 3 C V 1 0 8 2 - N

County of Residence of First Listed Defendant   DALLAS
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

MAY 1 1 2023

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | | |
|---|---|---|
| ☐ 1 U.S. Government Plaintiff | ☐ 3 Federal Question *(U.S. Government Not a Party)* | |
| ☐ 2 U.S. Government Defendant | ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)* | |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☒ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane   ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product   Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | Liability   ☐ 367 Health Care/ | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel &   Pharmaceutical | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| & Enforcement of Judgment | Slander   Personal Injury | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers'   Product Liability | | ☐ 835 Patent - Abbreviated | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted | Liability   ☐ 368 Asbestos Personal | | New Drug Application | ☐ 470 Racketeer Influenced and |
| Student Loans | ☐ 340 Marine   Injury Product | | ☐ 840 Trademark | Corrupt Organizations |
| (Excludes Veterans) | ☐ 345 Marine Product   Liability | | ☐ 880 Defend Trade Secrets | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment | Liability   **PERSONAL PROPERTY** | **LABOR** | Act of 2016 | (15 USC 1681 or 1692) |
| of Veteran's Benefits | ☐ 350 Motor Vehicle   ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards | | ☐ 485 Telephone Consumer |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle   ☐ 371 Truth in Lending | Act | **SOCIAL SECURITY** | Protection Act |
| ☐ 190 Other Contract | Product Liability   ☐ 380 Other Personal | ☐ 720 Labor/Management | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal   Property Damage | Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ |
| ☐ 196 Franchise | Injury   ☐ 385 Property Damage | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | Exchange |
| | ☐ 362 Personal Injury -   Product Liability | ☐ 751 Family and Medical | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| | Medical Malpractice | Leave Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights   **Habeas Corpus:** | ☐ 791 Employee Retirement | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information |
| ☐ 220 Foreclosure | ☐ 441 Voting   ☐ 463 Alien Detainee | Income Security Act | ☐ 870 Taxes (U.S. Plaintiff | Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment   ☐ 510 Motions to Vacate | | or Defendant) | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/   Sentence | | ☐ 871 IRS—Third Party | ☐ 899 Administrative Procedure |
| ☐ 245 Tort Product Liability | Accommodations   ☐ 530 General | | 26 USC 7609 | Act/Review or Appeal of |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities -   ☐ 535 Death Penalty | **IMMIGRATION** | | Agency Decision |
| | Employment   **Other:** | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of |
| | ☐ 446 Amer. w/Disabilities -   ☐ 540 Mandamus & Other | ☐ 465 Other Immigration | | State Statutes |
| | Other   ☐ 550 Civil Rights | Actions | | |
| | ☐ 448 Education   ☐ 555 Prison Condition | | | |
| | ☐ 560 Civil Detainee - | | | |
| | Conditions of | | | |
| | Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from Another District *(specify)*   ☐ 6 Multidistrict Litigation - Transfer   ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
DISCRIMINATION AT WORK PLACE
Brief description of cause:
DISCRIMINATION AGAINST NATIONAL ORIGIN AND AGE

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.   **DEMAND $** $300,000   CHECK YES only if demanded in complaint:
**JURY DEMAND:**   ☐ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*   JUDGE _____   DOCKET NUMBER _____

DATE _____   SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____